**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, YEONG LEE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEONG LEE, <br><br> Plaintiff, <br><br> vs. <br><br> WEINBERG & ASSOCIATES, LLC; and DOES 1 to 10, <br><br> Defendants. | **Case No.: 8:22-cv-00175 CJC (ADSx)** <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff YEONG LEE ("Plaintiff") and Defendant WEINBERG & ASSOCIATES, LLC stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: June 3, 2022     SO. CAL. EQUAL ACCESS GROUP

By:   */s/  Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

DATED: June 6, 2022

By:   */s/ Izaiah Chacon*
Izaiah Chacon
Attorneys for Defendant
T & R Brucker Investments, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 6, 2022            By: */s/ Jason J. Kim*
Jason J. Kim